TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00109-CV

Texas County and District Retirement System, Appellant

v.

Angela Giroux-Daniel, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 98-11236, HONORABLE LORA LIVINGSTON, JUDGE PRESIDING 

PER CURIAM

 Texas County and District Retirement System and Angela Giroux-Daniel have filed
an Agreed Motion to Dismiss this appeal. We grant the motion and dismiss this appeal. See Tex.
R. App. P. 42.1(a)(1).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: May 20, 1999

Do Not Publish